DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 349P13 | State v. Shawn Antonio Horskins | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-1489) | 1. Denied |
| | | 2. State's Motion to Deem Response Timely Filed | 2. Allowed |
| 359A13 | George Christie and Deborah Christie v. Hartley Construction, Inc.; Grailcoat Worldwide, LLC; and Grailco, Inc. | 1. Plt's NOA Based Upon a Dissent (COA12-1385) | 1. — |
| | | 2. Plt's PDR as to Additional Issues | 2. Allowed |
| 370P13 | State v. Ralph Eugene Frady | 1. State's Motion for Temporary Stay | 1. Allowed **08/26/2013** Dissolve the Stay **12/18/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 (COA12-1375) | 3. Denied |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 (COA12-1375) | 4. Dismissed as Moot |
| 378P13-2 | State v. Edward Jay Harwood | Def's Petition for *Writ of Certiorari* to Review Decision of COA (COA12-1301) | Dismissed |
| 379P10-4 | State v. Ralph Franklin Fredrick | 1. Def's *Pro Se* Motion for NOA (COAP13-397) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for Petition Appealing Dismissal of *Habeas* Petition for Cause | 2. Dismissed |
| 386P13 | Bryan Debaun v. Daniel J. Kuszaj, A Durham Police Officer in his Individual and Official Capacity; and City of Durham, North Carolina | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1520) | Allowed by Special Order |